# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

---

**No. 201700335**

---

## UNITED STATES OF AMERICA
Appellee

v.

## JAMES P. ARMIJO
Chief Hull Technician (E-7), U.S. Navy
Appellant

---

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Commander Shane Johnson, JAGC, USN.
Convening Authority: Commander, Pearl Harbor Naval Shipyard and Intermediate Maintenance Facility, Joint Base Pearl Harbor, HI.
Staff Judge Advocate Recommendation: Lieutenant Junior Grade Alex M. Biggs, JAGC, USN.
For Appellant: Commander C. Eric Roper, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

---

Decided 12 April 2018

---

Before HUTCHISON, SAYEGH, and ELLINGTON, *Appellate Military Judges*

---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court